

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:           01-15-00816-CV

Trial Court Cause
Number:                 13-CV-0293

Style:                  The Landing Community Improvement Association

                        **v**  Paul T. Young

Date motion filed*:     December 21, 2017

Type of motion:         Unopposed motion for extension to file response to motion for en banc reconsideration

Party filing motion:    Appellant

Document to be filed:   Response

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

      Original due date:                              January 2, 2018

      Number of previous extensions granted:    0

      Date Requested:                                 January 23, 2018

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due:  January 23, 2018

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ Terry Jennings
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: January 9, 2018